1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                 SOUTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA        Case No.: 96CR0274-LAB-2

11          Plaintiff,

12  v.                              ORDER AND JUDGMENT TO
                                    DISMISS INDICTMENT WITHOUT
13                                  PREJUDICE
    EDUARDO ZAZUETA-ARAMBURO (2),
14  aka Lalo Zazueta-Aramburo
    aka Pancho Zazueta-Aramburo
15  aka Napoleon Real-Villalba
    aka Javier Juarez-Hernandez
16  aka Ismael Rodriguez

17          Defendant.

18

19      Upon motion of the UNITED STATES OF AMERICA and good

20  cause appearing, the Indictment in Case No. 96CR0274-LAB

21  against defendant EDUARDO ZAZUETA-ARAMBURO (2), shall be

22  dismissed without prejudice and the Arrest Warrant issued for

23  this defendant is hereby recalled.

24      SO ORDERED.

25  DATED: March 26, 2019        _Larry A. Burns_____
                                 Honorable Larry A. Burns
26                               Chief United States District Judge

27

28